```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET PARTY INFORMATION FOR CASE A03-0181--CR (JWS)
                            "USA V JOE CHARLES BEAUDION"
                            DEF 1.1 BEAUDION, JOE CHARLES

       In public format, including terminated defendants, excluding terminated counsel
```

```
    Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge: The Honorable A. Harry Branson, U.S. Magistrate Judge
              Filed: 12/18/03
             Closed: 04/30/04
  No. of Defendants: 1
     MJ Case Number:
                AKA:
    Location status: U.S. Custody
         Trial date:
         Terminated: YES
  Needs interpreter: NO
  Counsel of record: Kevin F. McCoy
                     Federal Public Defender
                     550 W. 7th Avenue, Suite 1600
                     Anchorage, AK 99501
                     907-646-3400
                     FAX 907-646-3480
                     Serve: YES
                      Type: FPD
                      Role: Pretrial/Trial


  PLF 1.1 UNITED STATES OF AMERICA

  Counsel of record: United States Attorney
                     222 W. 7th Avenue, #9
                     Anchorage, AK 99513
                     907-271-5071
                     Serve: YES
                      Type: Not specified
                      Role: Appeal


  Counts re: DEF 1.1 BEAUDION, JOE CHARLES

  Document          Count    Citation and Description                          Disposition

     1 -   1 IND      1      18:2113(a) and(d) BANK ROBBERY (F)                 Sentenced
                                                                                (25-1)

     1 -   1 IND      2      18:924(c)(1)(A)(ii) USE OF A FIREARM DURING AND IN Sentenced
                             RELATION TO A CRIME OF VIOLENCE (F)                (25-1)
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
    CRIMINAL DOCKET ENTRIES FOR CASE A03-0181--CR (JWS)
               "USA V JOE CHARLES BEAUDION"

           In public format, for all filing dates
```

```
   Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge: The Honorable A. Harry Branson, U.S. Magistrate Judge
             Filed: 12/18/03
            Closed: 04/30/04
No. of Defendants: 1


Document #   Filed      Docket text

NOTE -   1   12/18/03   [Re: DEF 1] USM Notice of Arrest; defendant arrested 12/16/03.

   1 -   1   12/18/03   [Re: DEF 1] PLF 1 Indictment.

   2 -   1   12/18/03   [Re: DEF 1] AHB Grand Jury Minutes re no bail set; set for Arr & notify
                        USM, def in custody.

NOTE -   2   12/19/03   Issued: Speedy Trial Notice to Judge Sedwick.

   3 -   1   12/19/03   [Re: DEF 1] AHB Court Minutes [ECR: Dan Maus] re Arr on Indt hld
                        12/18/03; K. McCoy apptd; def pled not guilty; def detained det hrg set
                        for 12/24/03 at 10:00 a.m.; PTM's due 1/7/04. cc: USA, FPD, USM, USPO,
                        Judge Sedwick

   4 -   1   12/19/03   [Re: DEF 1] Financial Affidavit.

   5 -   1   12/19/03   [Re: DEF 1] AHB Order of Detention Pending Haering set for 12/24/03 at
                        10:00 a.m. cc: USA, FPD, USM, USPO

   6 -   1   12/19/03   [Re: DEF 1] AHB Order regarding preparation for trial re cnsl to meet &
                        confer by 12/24/03; PTM's due 1/7/04. cc: USA, FPD

   7 -   1   12/23/03   DEF 1 motion on shortened time to vacate 12/24 det hrg & consent to
                        entry of det order.

   8 -   1   12/23/03   [Re: DEF 1] AHB Order granting motion on shortened time to vacate 12/24
                        det hrg & consent to entry of det order (7-1). cc: USA, FPD, USM, USPO

   9 -   1   12/23/03   [Re: DEF 1] JDR Order of Detention Pending Trial. cc: USA, FPD, USM,
                        USPO

  10 -   1   12/23/03   [Re: DEF 1] PLF 1 Attorney Substitution of Mark A. Rosenbaum.

  11 -   1   12/29/03   [Re: DEF 1] JWS Minute Order setting TBJ on 2/17/04 at 9:00 a.m. and
                        FPTC on 2/17/04 at 8:30 a.m.. cc: USA, FPD, USM, USPO, MJ Branson, JC

  12 -   1   12/30/03   [Re: DEF 1] PLF 1  Discovery conference certificate.

  13 -   1   01/20/04   DEF 1 motion for bail review hearing.

  14 -   1   01/21/04   [Re: DEF 1] AHB Minute Order granting motion for bail review hearing
                        (13-1); bail review hrg set 10:30 a.m., 1/23/04.  cc: USA, FPD, USM, PO

  15 -   1   01/22/04   [Re: DEF 1] AHB Minute Order that in order to accommodate crt's calendar
                        and defense cnsl's telephonic request to reschedule due to calendaring
                        conflict the 10:30 a.m, 1/23/04 Bail Review Hearing is hereby reset to
                        9:30 a.m., 1/23/04.  cc: USA, FPD, USM, PO

  16 -   1   01/27/04   [Re: DEF 1] AHB Order of Detention Pending Trial. cc: USA, A. Dayan,
                        USM, PO
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A03-0181--CR (JWS)
                              "USA V JOE CHARLES BEAUDION"

                        In public format, for all filing dates

Document #     Filed         Docket text

    17 -    1  01/27/04      [Re: DEF 1] AHB Court Minutes [ECR: Elisa Singleton] of bail review hrg
                             (held 1/23/04); def's oral mot to release def DENIED; order of det
                             pending trial FILED.  cc: USA, FPD, USM, PO

    18 -    1  02/10/04      DEF 1 Notice of Intent to change plea.

    19 -    1  02/12/04      [Re: DEF 1] JWS Minute Order setting PCOP on 2/17/04 at 8:30 a.m.;
                             2/17/04 FPTC and TBJ are vacated. cc: USA, FPD, USM, USPO, MJ Branson,
                             JC

    20 -    1  02/18/04      [Re: DEF 1] JWS Court Minutes [ECR: Debby Willoughby-Lyons] re: PCOP hrg
                             held 2/17/04; def changed plea to guilty on cts 1 and 2 of Indt; IOS set
                             4/27/04 at 9:00 a.m.; def detained. cc: USA, FPD, USM, USPO, MJ Branson

    21 -    1  04/20/04      DEF 1 Sentencing Memorandum.

    22 -    1  04/22/04      [Re: DEF 1] PLF 1 Sentencing Memorandum.

    23 -    1  04/22/04      [Re: DEF 1] PLF 1 motion for evidentiary hearing.

    24 -    1  04/30/04      [Re: DEF 1] JWS Court Minutes [ECR: Denali Elmore] of IOS (held
                             4/27/04); 117 mos imprisonment; 5 yrs SR; $200 SA, $699.00 restitution
                             to Wells Fargo Bank of AK; def remanded to custody of USM.  cc: USA,
                             FPD, USM, PO, FLU, Finance

    25 -    1  04/30/04      [Re: DEF 1] JWS Judgment pleaded guilty to count(s) 1,2 of the
                             Indictment (1-1); sent 117 mos; SR 60 mos; SA $200; Restitution $699.
                             cc: USA, FPD, USM, USPO, Finance, FLU, MJ Branson, J. Beaudion w/cnsls
                             cy

    26 -    1  05/03/04      DEF 1 appeal to 9CCA of (25-1) filed 04/30/04. cc:K. McCoy, M.
                             Rosenbaum, Judge Sedwick, USPO, USM, 9CCA

  NOTE -    3  05/05/04      Transmittal: Forwarded notice of appeal (26-1) to 9CCA.

    27 -    1  05/05/04      [Re: DEF 1] Cy 9CCA Time Schedule Order. (26-1) cc: K. McCoy (FPD), M.
                             Rosenbaum (AUSA), ECR, 9CCA (Original)

    28 -    1  05/06/04      DEF 1 Transcript Designation w/original Transcript Order Form re: notice
                             of appeal (26-1). cc:ecr

    29 -    1  05/11/04      [Re: DEF 1] JWS Judgment (Amended) pleaded guilty to cts 1 and 2 of
                             Indt; sentenced to 117 mos; 60 mos SR; $200.00 SA; $699.00 restitution.
                             cc: USA, FPD, USM, USPO, USM, Finance, FLU, MJ Branson, Def w/cnsls cy

    30 -    1  05/14/04      [Re: DEF 1] JWS Minute Order terminating in light of this ord: mot for
                             evid hrg (23-1). cc: USA, FPD

    31 -    1  06/14/04      [Re: DEF 1] Transcript of PCOP Hearing held 2/17/04 re: notice of appeal
                             (26-1).

    32 -    1  06/14/04      [Re: DEF 1] Transcript of IOS held 4/27/04 re: notice of appeal (26-1).

    33 -    1  06/14/04      [Re: DEF 1] cy 9CCA Certificate of Record. (26-1) cc: cnsl, 9CCA
                             (Original)

  NOTE -    4  01/07/05      Transmittal: Forwarded D.C. record to 9CCA consisting of 1 VOL.


ACMS: R_RDSDI              As of 02/11/06 at 1:22 PM by PAM                           Page 2
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
     CRIMINAL DOCKET ENTRIES FOR CASE A03-0181--CR (JWS)
                "USA V JOE CHARLES BEAUDION"

              In public format, for all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| NOTE - 5 | 01/19/05 | Notation (re: Appeal): received notice from 9CCA that they received 1 vol. |
| 34 - 1 | 04/01/05 | [Re: DEF 1] PLF 1 Application re: Writ of Execution on PFD. |
| NOTE - 6 | 04/07/05 | Issued: writ of execution re: DEF 1 on PFD. |
| 35 - 1 | 07/26/05 | [Re: DEF 1] JWS Minute Order re: tentative re-sentencing schedule based on 9CCA mandate: wit lists due 9/30/05; sentencing memos due 10/21/05; sentencing hrg set 11/1/05 @ 8:30 a.m.; any objs to tentative schedule due 9/12/05. cc: USA, FPD, USM, USPO |
| 36 - 1 | 08/15/05 | 9CCA Judgment/Final Order re: notice of appeal (26-1) that the district court's decision is AFFIRMED in part, VACATED and REMANDED in part w/att memo. cc: USA, FPD, Judge Sedwick |
| 37 - 1 | 08/17/05 | DEF 1 Unopposed motion to permit defendant ot appear telephonically at resentencing. |
| 38 - 1 | 08/18/05 | [Re: DEF 1] JWS Order granting unopposed motion to permit defendant to appear telephonically at resentencing (37-1); USM shall not transport def to the district of AK for resent w/o and express odr from this crt. cc: USA, FPD, USM, USPO |
| 39 - 1 | 09/09/05 | DEF 1 Unopposed motion on shortened time for recommendation to the Bureau of Prisons permitting telephonic interview with Dr. R. Ohlson w/att aff. |
| 40 - 1 | 09/09/05 | [Re: DEF 1] JWS Order granting unoppo mot on shortened time for recommendation to the Bureau of Prisons (39-1); RECOMMENDATION that BOP accommodate & facilitate an unmonitored telephonic interview of def by Dr. Ohlson. cc: USA, FPD, USM, USPO |
| 41 - 1 | 09/30/05 | DEF 1 Notice of intent to present evidence @ re-sentencing. |
| NOTE - 7 | 10/03/05 | Notation (re: Appeal): received notice from 9CCA 1 vol. |
| 42 - 1 | 10/21/05 | DEF 1 Revised Sentencing Memorandum w/att exhs. |
| 43 - 1 | 10/21/05 | [Re: DEF 1] PLF 1 Notice of victim statements at sentencing. |
| 44 - 1 | 10/21/05 | [Re: DEF 1] PLF 1 Revised Sentencing Memorandum. |
| 45 - 1 | 11/01/05 | [Re: DEF 1] JWS Court Minutes [ECR: April Karper] re Re-IOS (held 11/1/05); sentence imposed as stated in the the amended judg. |
| 46 - 1 | 11/04/05 | [Re: DEF 1] JWS Judgment (2nd Amended); def pled guilty to cts 1 & 2 of Indt; sentenced to 102 mos consisting of 18 mos on ct 1 & 84 mos on ct 2 w/terms to run consec; 60 mos SR consisting of 60 mos on cts 1 & 2 w/terms to run concur; $200.00 SA; $699.00 in restitution. cc: USA, FPD, Def w/cnsls cy, USM, USPO, MJ Branson, Finance, FLU |